THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY NEELY, Also Known as COREY EVERETTE, Appellant. [817 NYS2d 899]—Appeal from judgment, Supreme Court, New York County (Philip M. Grella, J.), entered February 24, 2004, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Gonzalez, Sweeny and Mc-Guire, JJ.